IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-2672-RPM-OES

CONNIE ECKHARDT and

BEN ECKHARDT

    Plaintiffs,

V.

DAIMLER CHRYSLER CORPORATION

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, for dismissal on the Stipulation of Plaintiffs Connie Eckhardt and Ben Ecldiardt, Plaintiffs and Defendant, DaimlerChrysler Motors Corporation;

IT IS HEREBY ORDERED that the above-captioned complaint and action, against Defendant DaimlerChrysler Motors Corporation filed therein, be disinissed with prejudice, each party to pay their own attorneys fees and costs in this action.

DATED this 10 day of August, 2005.

BY THE COURT:

United States District Court Judge

H:\Docs\PRODUCT\DAIMLERCHRYSLER\Eckhardt\Order Of Dismissal With Prejudice.doc